UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKAS KRISTIANO TJEN,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Warden,<br>Otay Mesa Detention Center,<br><br>                              Respondent. | Case No.:  3:26-cv-4001-CAB-AHG<br><br>**ORDER DISMISSING PETITION<br>WITH LEAVE TO AMEND** |

Petitioner Lukas Kristiano Tjen, an immigration detainee proceeding pro se,[1] filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").] Petitioner alleges that he has been unlawfully subject to prolonged detention.

The Court **DISMISSES** the Petition with leave to amend because the Petition is missing crucial information for the Court to evaluate whether a response is warranted.  *See Kourteva v. I.N.S.*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably

---

[1] Petitioner may be interested in contacting Federal Defenders of San Diego to see if a Federal Defender can represent Petitioner in this matter.  The telephone number for Federal Defenders' San Diego Office is 619-234-8467 (Toll Free: 888-614-9867) and the El Centro Office is 760-335-3510 (Toll Free: 877-404-9063).

1

incredible, or patently frivolous or false.") Petitioner does not provide any information regarding how or when he entered the United States, whether he has been previously detained by immigration authorities, or when or how he was most recently detained.

If Petitioner wishes to proceed with this case, he must file a First Amended Petition within thirty (30) days of the date of this Order. <u>The Court encourages Petitioner to use this District's form petition for a writ of habeas corpus in immigration cases, which the Clerk of the Court will include with a copy of this Order.</u> The First Amended Petition must be complete in itself without reference to the original Petition. Respondents not named and any claim not re-alleged will be considered waived. *See* CivLR 15.1(a).

It is **SO ORDERED**.

Dated: July 14, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-4001-CAB-AHG